# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 144 WAL 2023

              Respondent           :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

              v.                  :

                                    :

TERRANCE FOWLER,                :

                   :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.